UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Henry YABLONSKY,<br><br>                                    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>                                    Defendants. | Case No.: 18-cv-1122-AGS<br><br>**ORDER DENYING REQUEST TO WAIVE DEPOSITION FEES AND COSTS (ECF 95)** |

Plaintiff's request to waive deposition fees and costs, including transcription costs, is denied. Prisoners proceeding *pro se* and *in forma pauperis* under 28 U.S.C. § 1915 may use any discovery method set forth in the Federal Rules of Civil Procedure. However, 28 U.S.C. § 1915 "does not extend to the cost of taking and transcribing a deposition." *Starkey v. Hernandez*, No. 317CV01158JLSKSC, 2018 WL 2441554, at *1 (S.D. Cal. May 31, 2018) (citation omitted); *see also Arellano v. Hodge*, No. 14-CV-590 JLS (JLB), 2018 WL 637854, at *3 (S.D. Cal. Jan. 30, 2018) ("§ 1915 does not authorize or require federal courts to finance or subsidize a civil action by paying fees or other costs associated with the litigation."). Therefore, plaintiff "must bear the costs of recording the . . . deposition as

well as transcribing the deposition." *Golez v. Potter*, No. 09-CV-965 AJB WMC, 2011 WL 3021045, at *1 (S.D. Cal. July 21, 2011).

Dated:  January 25, 2021

_____
Hon. Andrew G. Schopler
United States Magistrate Judge